UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW CRISTOSTOMO, ANTHONY BOLLINI, SPENCER VERRILLA, DERRICK EVANS, CLIFTON BRADLEY and ROBERT KAMINSKY, individually and behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEW BALANCE ATHLETICS, INC.,<br><br>Defendant. | C.A. No. 1:21-cv-12095-FDS |

## ASSENTED-TO MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT

Defendant New Balance Athletics, Inc. ("New Balance"), by and through its undersigned counsel, respectfully files this assented-to motion for an extension of thirty (30) days to answer or otherwise respond to the Complaint ("Motion"). This would extend the deadline for New Balance's response to February 22, 2022. Plaintiffs Matthew Cristostomo, Anthony Bollini, Spencer Verrilla, Derrick Evans, Clifton Bradley, and Robert Kaminsky ("Plaintiffs") assent to this request for relief. In support of this Motion, New Balance states as follows:

1. On December 20, 2021, Plaintiffs filed a Complaint against New Balance. Dkt. No. 1.

2. Plaintiffs served the Summons in a Civil Action and Complaint on New Balance on December 30, 2021. New Balance's deadline to answer or otherwise respond is January 20, 2022. Fed. R. Civ. P. 12(a)(1)(A)(i). Dkt. No. 1.

3. New Balance requests additional time to review and investigate the factual allegations included in the Complaint in order to prepare its response.

**WHEREFORE**, Defendant New Balance respectfully requests that this assented-to Motion be granted.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), the undersigned hereby certifies that counsel for New Balance conferred with counsel for Plaintiffs on January 5, 2022 and Plaintiffs assent to New Balance's request for a thirty (30) day extension.

Respectfully submitted,

NEW BALANCE ATHLETICS, INC.
*By its attorneys*,

*/s/ Mark S. Puzella*
ORRICK, HERRINGTON & SUTCLIFFE LLP
Mark S. Puzella (BBO# 644850)
R. David Hosp (BBO# 634091)
Sheryl K. Garko (BBO# 657735)
222 Berkeley Street
Boston, MA 02116
Telephone:  617.880.1800
mpuzella@orrick.com
dhosp@orrick.com
sgarko@orrick.com

Dated:  January 10, 2022

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2022 a copy of the foregoing is being filed electronically through the ECF system. Parties may access this filing through the Court's system.

*/s/ Mark S. Puzella*
Mark S. Puzella
