# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW CRISTOSTOMO, ANTHONY BOLLINI, SPENCER VERRILLA, DERRICK EVANS, CLIFTON BRADLEY, and ROBERT KAMINSKY, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NEW BALANCE ATHLETICS, INC., <br><br> Defendant. | Civil Action No. 1:21-CV-12095-FDS |

## MOTION TO DISMISS CLASS ACTION COMPLAINT AND TO STRIKE CERTAIN CLASS ALLEGATIONS

Defendant New Balance Athletics, Inc. ("New Balance" or "Defendant") by and through its undersigned counsel, respectfully moves to dismiss Plaintiffs' Matthew Cristostomo, Anthony Bollini, Spencer Verrilla, Derrick Evans, Clifton Bradley, and Robert Kaminsky's ("Plaintiffs") Class Action Complaint. and to strike certain class allegations. The basis for Defendant's Motion are fully set forth in the contemporaneously filed Memorandum of Law in Support of Its Motion and the accompanying Declaration of Mark S. Puzella.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendant requests oral argument.

## RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel certifies that it conferred with Plaintiffs' counsel on February 18, 2022 and attempted in good faith to resolve or narrow the issues presented by Defendant's motion. Plaintiffs' counsel indicated Plaintiff will oppose Defendant's motion.

Dated: February 22, 2022                               Respectfully submitted


*/s/ Mark S. Puzella*
Mark S. Puzella (BBO No. 644850)
mpuzella@orrick.com
R. David Hosp (BBO No. 634091)
dhosp@orrick.com
Sheryl Garko (BBO No. 657735)
sgarko@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley Street
Suite 2000
Boston, MA  02116-3740
Telephone: 617.880.1800
Facsimile:  617.880.1801

***Attorneys for Defendant,
New Balance Athletics, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2022 a copy of the foregoing is being filed electronically through the ECF system. Parties may access this filing through the Court's system.

*/s/ Mark S. Puzella*
Mark S. Puzella