**EXHIBIT 2**

## CLRA Venue Declaration Pursuant to California Civil Code Section 1780(d)

I, James J. Reardon, Jr., declare as follows:

1. I am counsel for Plaintiffs, and I am a partner at Reardon Scanlon LLP. I make this declaration to the best of my knowledge, information, and belief of the facts stated herein.

2. The complaint filed in this action is filed in the proper place for trial under California Civil Code Section 1780(d) because Defendant in this action, New Balance Athletics, Inc., maintains its principal place of business in this District and a substantial part of the events or omissions giving rise to these claims occurred in this District.

3. Plaintiff Matthew Cristostomo alleges that in November 2021, he purchased New Balance sneakers, including sneaker models 990 in June 2021 and 993 in November 2021 (the "Sneakers"), from a New Balance Outlet near his home in Chula Vista, California. *See* Compl. ¶ 7. Plaintiff Cristostomo further alleges that he purchased the Sneakers based on the understanding that the Sneakers were "Made in the USA." Moreover, Plaintiff alleges that that his belief that the Sneakers were "Made in the USA" was a substantial factor in his decision to purchase the Sneakers. Had Defendant disclosed that the Sneakers were not made in the United States, as that term is understood by reasonable consumers and federal regulations, Plaintiff Cristostomo alleges that he would not have purchased the Sneakers, or would have paid substantially less for them.

I declare under the penalty of perjury under the laws of the United States, the State of California, the State of Massachusetts, and the State of Connecticut that the foregoing is true and correct. Executed on March 7, 2022 in West Hartford, Connecticut.

/s/ *James J. Readon, Jr.*
James J. Readon, Jr.