**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

MATTHEW CRISTOSTOMO, SPENCER VERRILLA, DERRICK EVANS, CLIFTON BRADLEY, and ROBERT KAMINSKY, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

NEW BALANCE ATHLETICS, INC.,

Defendant.

Case No. 1:21-cv-12095-MJJ

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Matthew Cristostomo, Spencer Verrilla, Derrick Evans, Clifton Bradley, and Robert Kaminsky ("Plaintiffs") and Defendant New Balance Athletics, Inc. ("New Balance") (together, the "Parties"), by and through their respective counsel of record, hereby stipulate that all of Plaintiffs' claims in this action may be and hereby are dismissed with prejudice. Accordingly, the entire above-captioned action is hereby dismissed with prejudice, with each party bearing its own costs, expenses, and attorneys' fees.

Respectfully Submitted,
Dated: May 10, 2024

**REARDON SCANLON LLP**

*/s/ James J. Reardon, Jr.*
James J. Reardon, Jr. (BBO #566161)
45 South Main Street, 3rd Floor
West Hartford, CT 06107
Telephone: (860) 955-9455
Facsimile: (860) 920-5242
Email: james.reardon@reardonscanlon.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (*Pro Hac Vice*)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Max S. Roberts (*Pro Hac Vice*)
Matthew A. Girardi (*Pro Hac Vice*)
Julian C. Diamond (*Pro Hac Vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: mroberts@bursor.com
mgirardi@bursor.com
jdiamond@bursor.com

*Attorneys for Plaintiffs*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

*/s/ Mark S. Puzella*
Mark S. Puzella (BBO No. 644850)
mpuzella@orrick.com
R. David Hosp (BBO No. 634091)
dhosp@orrick.com
Sheryl Garko (BBO No. 657735)
sgarko@orrick.com
Orrick, Herrington & Sutcliffe LLP
222 Berkeley Street
Suite 2000
Boston, MA 02116-3740
Telephone: 617.880.1800
Facsimile: 617.880.1801

Lindsay Rindskopf (*Pro Hac Vice*)
lrindskopf@orrick.com
Orrick, Herrington & Sutcliffe LLP
New York 51 W 52nd St
New York, NY 10019
Telephone: 212-506-3595

*Attorneys for Defendant,*
*New Balance Athletics, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2024, I served a true and correct copy of the foregoing on all counsel of record via the Court's CM/ECF system.

*/s/ James J. Reardon, Jr.*
James J. Reardon, Jr